IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.  **12-cv-3116-AP**

**SAMANTHA L. MITCHELL,**

       Plaintiff,

v.

**CAROLYN W. COLVIN, Acting Commissioner of Social Security,**

       Defendant.

## ORDER

Kane, J.

The Unopposed Motion for Change of Venue (doc. #5), filed May 14, 2013, is **GRANTED**.  This case is **TRANSFERRED** to the **United States District Court for the Eastern District of Texas** in Texarkana, Texas (telephone number: 903-794-8561) for all further proceedings.

Dated:  May 14, 2013

       BY THE COURT:

       *s/John L. Kane*
       John L. Kane, Senior Judge
       United States District Court